UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MMG FINANCIAL CORPORATION,

    Plaintiff,

v.                                            Case No. 13-CV-1226

INTEGRITY FIRST BANK,

    Defendant.

---

**ORDER**

---

On April 29, 2016, the parties filed a settlement stipulation in which MMG agreed to release and discharge any cause of action it may have against Integrity First. The settlement stipulation also listed two circumstances under which the above-captioned case would be dismissed with prejudice. Based on this settlement stipulation this case is dismissed without prejudice and with leave to reopen to enforce the settlement agreement or for good cause shown.

Dated this   16th   day of May, 2016.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  Eastern District of Wisconsin